The Honorable Jamal N. Whitehead

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
SEATTLE

| UNITED STATES OF AMERICA, | NO. CR24-164 JNW |
|---|---|
| Plaintiff, | |
| v. | ORDER OF DISMISSAL |
| THOMAS MORRIS, | |
| Defendant. | |

This matter comes before the Court upon the notice of the United States for leave to dismiss all pending charges in this matter as to Thomas MORRIS, Defendant.

IT IS HEREBY ORDERED:

All pending counts in the above-captioned case against the above-captioned defendant are dismissed, without prejudice.

//

//

//

Order of Dismissal -- 1
*United States v. Thomas Morris,* CR24-164 JNW

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

DATED this 29th day of April, 2025.

_____
JAMAL N. WHITEHEAD
United States District Court Judge

Presented by:

*/s/ Zachary W. Dillon*
ZACHARY W. DILLON
Assistant United States Attorney

Order of Dismissal -- 2
*United States v. Thomas Morris,* CR24-164 JNW

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970